```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

           MAY 27 2011

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:10-CR-133-HDM (RAM) |
| NATHAN HARTFORD, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT NATHAN HARTFORD

On February 7, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3), forfeiting property of defendant NATHAN HARTFORD to the United States of America (#27);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant NATHAN HARTFORD.

DATED this 26th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE